BMB: USAO# 2013R00854

JUL 0 9 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. ELH-13-0108 |
| JAMIE BLAKENEY, | * | (Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841) |
| Defendant. | * | |

...oOo...

### SUPERSEDING INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges:

On or about November 21, 2012, in the District of Maryland,

### JAMIE BLAKENEY,

the defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)

## FORFEITURE

The United States Attorney for the District of Maryland further finds that:

1. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in Count One, each defendant shall forfeit to the United States of America:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

   b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

2. The property to be forfeited includes, but is not limited to, the following:

   a Hi-Point 9mm Luger pistol, Model C-9, serial number P1356223, and ammunition

3. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

21 U.S.C. § 853; 28 U.S.C. § 2461(c); Rule 32.2(a), F.R.Crim.P.

                                                Rod J. Rosenstein /BMB
                                                Rod J. Rosenstein
                                                United States Attorney

Date: 7/9/13